UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PHILLIP LANDE | CIVIL ACTION |
| versus | NO. 11-3130 |
| LYNN COOPER, WARDEN | SECTION: "F" (3) |

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that petitioner's unopposed motion to stay these proceedings, Rec. Doc. 2, is **GRANTED** and that the Clerk of Court is directed to mark this action **CLOSED** for statistical purposes.

**IT IS FURTHER ORDERED** that the Court retains jurisdiction in this matter and that petitioner be allowed to file a motion to reopen these proceedings **within thirty (30) days** after the Louisiana Supreme Court issues its ruling with respect to his pending writ application in case number 11-KP-1857.

New Orleans, Louisiana, this 11th day of April, 2012.

UNITED STATES DISTRICT JUDGE